**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 8, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00016-CV

## WENDY VAZQUEZ-BUEZO, Appellant

## V.

## RUSSELL GAMMEL, Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2015-13748**

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 18, 2019. On November 12, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Wise and Hassan.